# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

-------------------------------------------------------------------X

NADYA EVDOKIMOVA

                              Plaintiff,              3:23-cv-00468-JCH

        -against-

                                                    **AMENDED NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**

MR. COOPER GROUP, INC.,
NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER

                              Defendants.

_____X

WHEREAS, no defendant has filed an answer or a motion for summary judgment in this action; and

WHEREAS, no cross-claim or counter-claim has been filed in this action; and

WHEREAS, no evidence has been introduced at a hearing or trial;

WHEREAS. the parties have fully settled this matter;

NOW, THEREFORE, Plaintiff, Nadya Evdokimova, hereby dismisses this action in its entirety with prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

DATED:  September 1, 2023

                                         BUTLER TIBBETTS, LLC

                            By:      */s/Timothy F. Butler*
                                     Timothy F. Butler
                                     *Attorneys for Plainitff*
                                     NADYA EVDOKIMOVA
                                     181 Old Post Road
                                     Southport, CT 06890
                                     203-656-1066